UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * * | MDL No. 2179 |
| | * | JUDGE BARBIER |
| Applies to: 12-cv-968 BELO & 25-cv-746 | * * | MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that a plaintiff in one BELO case[1] has failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. [ECF NO. 27960] in 10-md-2179. Accordingly, pursuant to BELO CMO #2,

**IT IS ORDERED** that, no later than **SEPTEMBER 4, 2025**, plaintiff **BARBARA JEFFERSON,** must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and their counsel must appear in person before Judge Barbier to show cause why their case should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which plaintiff must submit their venue filing is extended to no later than **OCTOBER 3, 2025.**

New Orleans, Louisiana, this 4th day of August, 2025.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 **and in Civ. No. 25-746.**

1